927 F.2d 213w
 91-1 USTC P 50,162
 AGRO SCIENCE CO., and Bavaro Investment Co., Petitioners-Appellants,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
R & D PARTNERS-82, and Donald D. Spear, Petitioners-Appellants,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
ALPHA MEDICAL RESEARCH ASSOCIATES, and Marc Geller,
Petitioners-Appellants,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
 No. 90-4265.
 United States Court of Appeals,
Fifth Circuit.
 March 25, 1991.
Rehearing Denied April 22, 1991.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION